# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Leonel Cota-Herrera,<br>a.k.a.: Leonel Cota Herrera,<br>a.k.a.: Lauro Valdez-Camez,<br>(A205 589 112)<br>*Defendant* | ) ) ) ) ) ) ) Case No. 17-7553 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 29, 2014, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Leonel Cota-Herrera, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near El Paso, Texas, on or about December 17, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Jonathan R. Hornok

☒ Continued on the attached sheet.

*Complainant's signature*

Richard G. Prunty,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 7, 2017

*Judge's signature*

Bridget S. Bade,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Richard G. Prunty, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 29, 2014, Leonel Cota-Herrera was booked into the Maricopa County Jail (MCJ) intake facility by the Maricopa County Sheriff's Office, on local charges. While incarcerated at the MCJ, Cota-Herrera was examined by ICE Officer G. Burns who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On November 6, 2017, Cota-Herrera was released from the Arizona Department of Corrections and was transported to the Phoenix ICE office for further investigation and processing. Cota-Herrera was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Leonel Cota-Herrera to be a citizen of Mexico and a previously deported criminal alien. Cota-Herrera was removed from the United States to Mexico through El Paso, Texas, on or about December 17, 2013, pursuant to an order of removal issued by an immigration official. There is no record of Cota-Herrera in any Department of Homeland Security database to suggest that he obtained

1

permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Cota-Herrera's immigration history was matched to him by electronic fingerprint comparison.

4. On November 6, 2017, Leonel Cota-Herrera was advised of his constitutional rights. Cota-Herrera freely and willingly acknowledged his rights and declined to make any further statements.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about October 29, 2014, Leonel Cota-Herrera, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near El Paso, Texas, on or about December 17, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Richard G. Prunty,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 7th day of November, 2017.

_____
Bridget S. Bade,
United States Magistrate Judge